Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____ ▼

_____ Division

|  |  |
|---|---|
| Timothy J. Schweitzer<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br><br>See Attached<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | Case No. _____<br><br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name              Timothy James Schweitzer

Address           7400 Jones Dr. Apt. 124

                  Galveston _____ TX ___ 77551
                      City          State      Zip Code

County            Galveston

Telephone Number  409-789-1689

E-Mail Address    Timothy.J.Schweitzer@gmail.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                      Dagle, J. V.

Job or Title (if known)   Sergeant

Address                   601 54th St.

                          Galveston _____ TX ___ 77551
                              City          State      Zip Code

County

Telephone Number

E-Mail Address (if known)

☒ Individual capacity     ☒ Official capacity

Defendant No. 2

Name                      Dohnert, B. N.

Job or Title (if known)   Supervisor

Address                   601 54th St.

                          Galveston _____ TX ___ 77551
                              City          State      Zip Code

County

Telephone Number

E-Mail Address (if known)

☐ Individual capacity     ☒ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### Defendant No. 3

Name    City of Galveston

Job or Title *(if known)*

Address    PO Box 779

    Galveston      TX      77553
    *City*          *State*      *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

### Defendant No. 4

Name    Perez, Miguel A.

Job or Title *(if known)*    Deputy Sheriff

Address    601 54th St

    Galveston      TX      77551
    *City*          *State*      *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    4th Amendment Right Against unreasonable Search & Seizure.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

Defendant No.

Name — Boon-Chapman, Soluta Health, Inc.

Job or Title *(if known)*

Address — 9401 Amberglen Blvd #100

Austin                    TX          78729
City                    State          Zip Code

County

Telephone Number

E-Mail Address *(if known)*

[ ] Individual capacity    [X] Official capacity

---

Defendant No.

Name — Kathy White

Job or Title *(if known)* — Jails Health Services Administrator

Address — 5700 Avenue H

Galveston                TX          77551
City                    State          Zip Code

County

Telephone Number

E-Mail Address *(if known)*

[ ] Individual capacity    [X] Official capacity

---

Defendant No.

Name — Sheriff Henry Trochesset

Job or Title *(if known)*

Address — 601 54th St.

Galveston                TX          77551
City                    State          Zip Code

County

Telephone Number

E-Mail Address *(if known)*

[ ] Individual capacity    [ ] Official capacity

**Defendant No.**

Name     Galveston County

Job or Title *(if known)*

Address     722 Moody Ave

Galveston    TX    77550

         *City*        *State*       *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ **Individual capacity**    ☐ **Official capacity**

---

**Defendant No.**

Name

Job or Title *(if known)*

Address

         *City*        *State*       *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ **Individual capacity**    ☐ **Official capacity**

**Defendant No.**

Name

Job or Title *(if known)*

Address

         *City*        *State*       *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ **Individual capacity**    ☐ **Official capacity**

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Sergeant Dagle was on-Duty conducting A traffic stop
Deputy Perez was the on-duty sheriff who did any in-take

III.  **Statement of Claim** — #1 Unlawful Retaliatory Arrest based on the A-Typical Arrest Exception

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

2800-BLK Sias, Galveston Tx 77551

B.  What date and approximate time did the events giving rise to your claim(s) occur?

7-28-2020    23:18

C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

See Attached



Claim #1

The Victorian Condos intentionally let my entire building's fire alarm malfunction, continuously for 6 days, without any attempt to turn it off.

After I reported it & millions of dollars in fire code violations - The Victorian condos threatened my life & family (on numerous occasions).

The Victorian said I was going to be arrested for a misdemeanor & taught a lesson.

Shortly after there was an electrical fire (without a working fire alarm for the building or smoke detector in my unit) Judge Nelson let my father evict me for no cause (in July of 2020) even though he was not the property owner or management company (he wasn't even on the lease).

The first thing I did after court was call the Galveston Daily News. I told them I was threatened. I asked for help. I was an emotional wreck. I was crying so hard I was making snot bubbles.

I told the galveston daily news I wanted to walk to Dallas because all I had left was my freedom & reputation.

I explained I was scared because the Victorian told me they were going to take them away.

They said I was going to be put in the hospital because I was mentally ill.

While I still lived at The Victorian - they went so far as to try and require a mental health evaluation in exchange for normal work requests (like providing a front door that locked or fixing the building's fire alarm).

Two weeks After I told the Galveston Daily news all of this . . .

Claim #1-1

On July 28th, 2020 at approximately 7:30 pm, I was involved in a routine traffic stop. Almost immediately, I was put in handcuffs and placed in the back of the police vehicle.

One of the first things Sergeant Dagle asked was if I recognized him. Of course. He had been to my condo exactly 50 days before the traffic stop. He made a statement that unlike the last time, this time I was guilty. I agreed, took full responsibility for my actions and apologized.

Sergeant Dagle asked how I was going to afford the ticket given my current circumstances (I was homeless at the time of the arrest).

He made a comment about how my father would probably pay the ticket while also making a few other inappropriate remarks.

Eventually, he had me sign a ticket for failing to use my turn signal - one time.

He wanted to know what my father would think about the situation. He asked permission to call him. I wanted no part of that decision and told him it wasn't my choice. It was entirely on him. I didn't want to upset him or escalate the situation but I also didn't want him to call.

Ultimately, Sergeant Dagle chose to call my father specifically to chew me out in front of him and embarrass me. This was a direct violation of my privacy and not part of the normal operating procedure.

Is it typical for an officer to call a 34 year olds parent regarding a routine traffic stop?

Why did sergeant Dagle care what my father would think?

Why did he specifically want to tell him in front of me?

Do officers normally inquire how people are going to pay for their tickets?

Claim #1-2

There was a current outbreak and even the sheriff was in quarantine (he had been isolated for several weeks). This was the worst month of the pandemic and several of the staff had also been infected. I later found out that at least 50 inmates had tested positive for COVID at the time I was being held in the jail.

Without a sufficient justification, I never should have made it through processing and I should have been released in the spirit of public safety.

While I was being processed I had to ask for a supervisor because I didn't even know what I was being charged with.

I was told the supervisor on duty was actually the same officer who arrested me. After a few seconds, another individual came out of an office to speak with me. It is my understanding this was the Chief of Police but I could be mistaken.

When I told the other supervisor (in front of everyone) about the ticket being ripped up, he had an obligation to release me. He also should have intervened after sergeant Dagle admitted the only thing I did wrong, whatsoever, was fail to use my turn signal a single time. He also told us that my father was on the phone helping write the police report while I was being processed.

The supervisor obviously knew none of this was acceptable behavior because he asked if I wanted to make an official complaint.

I said, no. I explained that I made a mistake and that I was guilty. I stated that I would take my punishment like a man and move on with my life. I was willing to let it go and even attempted to be the bigger person.

At this point, there should have been absolutely no question regarding my sanity or will to live. You will never be able to convince any reasonable person that you actually believe someone would commit suicide simply over failing to use their turn signal.

The employees on duty were obviously worried about my health and safety. I overheard several of them whispering about Sheriff Trochesset being in quarantine. The deputies visibly had concerns but it was too difficult to hear.

Claim #1 - 3

Why did Sergeant Dagle care if my dad chose to pay for the ticket?

In my opinion, he was trying to antagonize me in an effort to create a reason to take me to jail. It wasn't working. I kept my composure.

When my father arrived, I kept my mouth shut and cooperated. I remained respectful the entire time. When it was over, I politely asked permission to leave. They said I was free to go. I turned around and took one step before they said stop and re-detained me.

After a short discussion, I decided enough was enough and gave them the choice to let me go or arrest me.

Sergeant Dagle decided to arrest me after my father gave him a nod.

At this point, sergeant Dagle ripped up the ticket I previously signed and arrested me for the exact same offence. This violates section 543.005 of the Texas Transportation Code.

This statute states, "A violation by an officer of a provision . . . is misconduct in office and the officer is subject to removal from the officer's position."

As we were driving away - Sergeant Dagle stopped and told my father to make sure to search the vehicle because I hesitated when I gave permission so there might be something inside.

I was born and raised in Galveston and this was my first traffic stop on the island. It was also my first time to ever be arrested. I had no outstanding tickets or warrants and the only traffic violations I have ever received occurred well more than 10 years ago.

I have absolutely no previous history of any mental health issues and I was not and have not ever been a threat to my own life or anyone else's.

This occurred, even though Sergeant Dagle was aware that in light of the pandemic - All federal, state and local guidelines strongly recommended against arresting anyone who could otherwise be given a ticket. "Cite and Release."

When I arrived at the jail, I never should have been allowed to enter without an explanation detailing why it was necessary. You still had a duty to protect my life even if I committed a crime.

Claim #1-4

Failure to Train-Municipal Liability

III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

See Attached

B.    What date and approximate time did the events giving rise to your claim(s) occur?

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

City of Galveston

Page 4 of 6

Failure to train

Failure to adequately train officers on how to properly handle Class "C" Misdemeanors or Traffic Violations during a pandemic or state of emergency (or more specifically - During an Active Outbreak in the jail) when there is no threat of harm to the officer or anyone else. "Cite & Release."

Failure to adequately train officers on how & when to use their bodycam as well as when & what to save for evidence.

Failure to adequately train officers Regarding their Implicit Bias towards people they have frequent contact with, The poor & Homeless, or those they have a personal Relationship with.

Failure to adequately train officers How to handle Incidents with the hearing Impaired.

Failure to adequately train officers Regarding How & when to proper Document & Write Reports.

Failure to adequately train officers for Mental Health Intervention based on TCOLE Requirements.

Complete Indifference to TCOLE Training Requirements & Repromand. There is a culture & Belief that training is an Expensive Burden.

The large Number of Repromands for Not Finishing TCOLE Requirements in 2018 proves a system wide lack of emphasis & Disregard for Continuing Education.

In 2018, Sergeant Dage was Repromanded by TCOLE for Failing to complete his continuing Education Requirements. This was for the training cycle immediately before my First Arrest.

Galveston Police - Pattern or Practice
Municipal Liability

III.   Statement of Claim          Claim #3

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

See Attached

B.   What date and approximate time did the events giving rise to your claim(s) occur?

C.   What are the facts underlying your claim(s)?   (For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)

Page 4 of 6

Pattern or Practice
Municipal Liability - City

Pattern of Failing & Refusing to follow City Policy Regarding the Civilian Review Board & Police Misconduct

Pattern of Failing & Refusing to cooperate w/FOIA Requests

Galveston Police have a pattern & practice of selectively & strategically enforcing misdemeanors against "Certain people" in order to take them to jail without Due Process.

Galveston Police have a pattern of Retaliation against citizens who are not suspected of committing any serious crime & who do not pose any threat to the officers or anyone else simply because the citizen: Made a sarcastic comment; Was verbally critical of the police; Asked the officer a question; Made A Request; peacefully demanded officers to acknowledge their Rights; hurt the officer's Feelings; or just embarrassed the Police in some way.

Pattern of ignoring & violating my 1st Amendment Right As well As acts of intimidation & Retaliation for exercising that Right.

Pattern of Intentionally ignoring my 6th Amendment Right & Failing to immediately or appropriately Remedy the situation correctly even after being made aware.

Pattern of intentionally ignoring & violating my Civil Rights in several ways, on numerous occasions, for years.

Pattern of Failing & Refusing to investigate Crimes reported by me on numerous occasions for years.

Galveston Police have both a pattern & Custom of under-reporting & under-Investigating Incidents & Reports Made by Citizens

Galveston Police have a Pattern & Practice of Failing to ensure Accurate & Timely Reports from Subordinates

Galveston Police have a pattern of Filing False ~~Reports~~ & Inadequate Reports regarding Investigations & Arrests (Even if the pattern is only directed at me)

& the City

Galveston Police have a pattern of Failing to adequately Investigate, Document or Discipline Claims of Misconduct

Galveston Police have a pattern of Failing to Respond to complaints of Misconduct by deadlines or At All.

Galveston Police have a pattern of ignoring and allowing Repeated Attempts to silence & intimidate a victim or citizen who Filed a complaint without Any Recourse or Disciplinary Action taken

**III.    Statement of Claim** ~~XX~~ 4

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

B.    What date and approximate time did the events giving rise to your claim(s) occur?

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Failure to intervene - supervisor at sol during booking

Page 4 of 6

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

B.    What date and approximate time did the events giving rise to your claim(s) occur?

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Deliberate Indifference to a substantial Risk of Harm due to an active outbreak of COVID in jail at a time when there was limited availability for testing. A vaccine was still Far Grammercality.

Page 4 of 6



Municipal Liability—Galveston County

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

See Attached

B.    What date and approximate time did the events giving rise to your claim(s) occur?

C.    What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Page 4 of 6

## Municipal Liability - Galveston County

Failure to intervene on multiple occassions by several employees.

Pattern or Practice of inadequate medical care at the Galveston County jail - specifically, A refusal to provide inmates their prescribed medications on time or at all. In many cases, they ignore inmates medical conditions or Doctors orders opting instead for a Forced Detox.

Pattern of Intentionally placing inmates in Inhumane & unsanitary conditions at the Galveston County Jail.

Failure to adequately train & educate Court Coordinators, The County Clerk's office, & other County employees Regarding proper procedures to ensure all Defendants 6th Amendment Rights are not violated or ignored.

Refusal to implement necessary & mandatory changes after conducting & paying for A third party Audit & legal Assessment of the entire legal system.

The deputy who was processing me noticeably disagreed with what was happening. He tried to warn me about what was coming and even told me to just be honest. At the time, I didn't understand or realize what he was talking about. Looking back, my fate had already been decided.

Right before the mental health evaluation, one of the medical staff (who sat in on my exam) told me he used to date my sister.

The entire process was a joke. It literally took a couple minutes and there was no value placed on my honesty.

One of the questions was if I had been threatened. My response was yes. It is factually true and the arresting officer had actual knowledge of this. I reported several threats I received during a previous incident with Sergeant Dagle. If they didn't believe me or the validity of the threats, it would have been easy to resolve. Sergeant Dagle was 20 yards away and could hear the conversation. They could have easily asked him for the truth but they didn't even try.

There was absolutely no effort or care put into determining what my mental state was. I was treated as an inconvenience and a waste of time. They demanded quick answers with no detail. Any attempt to explain myself was met with an attitude by the medical staff who could not have cared less about my well being. They even commented about how filthy and unsanitary the cells are while looking me over for any cuts or sores. They wanted to make sure I didn't have any open wounds because "the type of people who typically come through there don't like taking showers." - The doctor talking about the homeless people in jail.

They warned me about how easy it is to get a staph infection and/or other diseases in the jail and that I should be aware of this after I get released.

Everyone in the jail is responsible. I was paraded around while everyone watched and listened. There was absolutely no privacy. I was a spectacle and they were all interested in what was happening with the judge's son.

The medical staff even ease dropped on my phone call. This occurred prior to them questioning me eliminating any chance of an unbiased evaluation.

During the mental health exam, the room was filled and employees were even standing around outside the room with the door open. I was sitting in the middle of the intake and processing

4

hallway, during the interview, while they asked question from a chair inside he office. People walked past as it was happening.

I was extremely uncomfortable with the entire situation but I was reluctant to say anything because I didn't want to make the situation worse.

There is no way they could have been able to get an accurate reading of my mental state given my surroundings and the circumstances regarding my arrest.

The medical staff knew this was inappropriate because they apologized for the way the mental health exam was conducted and asked my permission to have certain people sit in on the interview.

Afterwards and without any explanation or discussion they took me to a cell where three deputies were furiously scrubbing feces off the walls. They continued as I was forced to strip naked under the threat of violence and/or additional punishment.

Once I was completely naked, the other deputies left without properly sanitizing the cell or cleaning the feces and sewage still all over the room.

The smell was overwhelming and made me nauseous. Imagine using one of the public portable toilets on the strand, after Mardi Gras, as a cell. That is exactly what it was like. No exaggeration.

I politely requested to e held somewhere else but was told this was all that was available. There was no bed or toilet. Only a small drain on the ground (obviously meant to be used as a toilet) - No more than 2 1/2 feet from where I was laying on a raised portion of the ground.

I asked if they could actually clean the cell or at the very least flush the sewage that was backing in from the drain on the ground. The deputy made a few attempts but it was clogged. Each time he tried, it only made the situation far worse.

This cell had obviously not been cleaned in several weeks, if not months. On the other side of the drain, there was a fully intact and undamaged Styrofoam cup as well as a large bag of potato chips. They were stuffed in the pipe clogging it and preventing it from flushing. They had to have been intentionally placed there before the metal screen was secured to the ground. They also had to have been purposely left for months.

5

There were tons of large flies living and hatching in the sewage. The whole time I was in the cell they constantly landed all over my body. I could feel their wet feet smearing the contaminated waste each time they landed on me.

At the time, I wasn't even aware that I was on suicide watch. I didn't find out until well after I had been released. Nobody said anything. They didn't show any concern, whatsoever. There was no follow up (even while I was in jail) or referral. They did not recommend or suggest I talk to anyone or seek additional help of any kind.

They knew I wasn't a danger to myself or anyone and there is nothing they can use to say otherwise. I am not perfect and I have made mistakes but that day I could not have behaved any better.

At this point it became clear I was being left completely naked under these conditions. I had the following dialogue with the deputy who processed me:

Me: So the only thing I am being punished for and need to reflect on is that I failed to use my turn signal a single time?

Deputy: Yes

Me: There is absolutely nothing else I did wrong to deserve this punishment at all?

Deputy: Nope

Me: y'all know this could actually kill me right? that is not an exaggeration. There is a serious possibility that simply putting me in this cell could directly kill me given the current pandemic.

Deputy: Yes

Me: And all of this is only because of my turn signal and noting else?

Deputy: Yes

Me: Y'all really think this is an appropriate punishment for what I did? Is this even legal?

6

Deputy: Yes

Me: So my life means that little? This isn't a prank? Nobody is going to open that door and be like, gotcha? That wouldn't be safe.

Deputy: I tried to warn you before the evaluation.

Me: I was honest and I thought I did fine but I know you did and I appreciate it. I know you are simply following orders and it wasn't you who decided to put me in here. I know you are just trying to make a living so its not personal and I won't hold it against you. However, I have no intention of letting this go. Im not sure if there is anything I can even do but I'm definitely not turning the other cheek on this one. They took this way too far. This crosses lines I didn't know existed.

Looking back, I also don't understand why they destroyed my clothes (made them suicide proof) but still left me naked the whole time. It makes no sense.

I want to be extremely clear - The deputy who processed me at the jail, happens to be the only person I believe, should not be punished.

I don't know his name or anything about him. You should know, the only time we have ever met or had any contact is on the night of my arrest.

That night, he obviously did not agree with the situation or think it was right. He tried to give me a heads up prior to the mental health exam in order to try to avoid what was inevitably going to happen.

He clearly had remorse and seemed apologetic. He was not the reason I was arrested and he did not choose my punishment. He was put in a bad situation and reluctantly followed orders but at least he showed compassion.

He should have blown the whistle but I don't know what options were available to actually intervene. It is also important to remember the supervisor on duty, at the jail, was the arresting officer.

The deputy is not innocent but I believe blame should be placed on the shoulders of those actually responsible and not the grunts they use to carry out their bidding.

7

The entire time, I was too scared to eat or drink anything. When I asked to use the restroom, I was told to pee on the ground.

I couldn't go #2 without an explanation, so I gave up. I wasn't sure how long I was being held for and I didn't want to do anything that might increase my time. Such as inconveniencing the guard to use the restroom.

I also didn't feel safe or comfortable walking completely naked and in bare feet, through the jail, into the restroom other inmates use.

They even had a sick elderly man, in a hospital bed, directly on the other side of my cell - next to the door and not confined. He was visibly sick and coughing.

The cell was freezing. I mean, Freezing. I developed a knot in my neck and for months it gave me awful migraines.

It was impossible to sleep given the inhumane conditions of the cell and the constant screaming of other inmates.

This was torture and there is no other description for it. The design and structure of the cell and the actual conditions were deliberately manufactured to be as uncomfortable and inhumane as possible.

None of this was done out of a medical necessity or in an effort to preserve life. It was done specifically to teach me a lesson. This was not what tough love looks like. This was sexual assault. Plenty of alternatives and options existed but none were pursued or even considered. The mental health exam was just a rubber stamp and could not possibly provide an accurate assessment regarding anyone's mental state - ever. It was pathetic.

When I was finally being released, they asked for a home address. The deputy visibly became annoyed and irritated when I said I was unable to provide one. It clearly would have prevented my release. After a short discussion, I was pressured into providing my parent's address.

They informed me that I still had to show up for court or they would issue a warrant.

8

They recommended I get tested for COVID but I was not informed about the outbreak or it's severity. I found out after reading the newspaper days after my release.

I honestly expected everything to be resolved when I got to court. I couldn't imagine a fair and unbiased judge letting this slide. At the time, I still had faith in our legal system. I was wrong.

I was shocked when I arrived at court and realized my father was going to be the judge. I completely lost composure and was no longer in any state to represent myself. I never should have accepted time served but I wasn't thinking. I couldn't believe my father actually ambushed me on the bench after everything.

Not only is he my parent, but he participated in the traffic stop, gave permission for my arrest, helped write the police report and then presided over my case after I was already punished without due process.

I was given time served and now I have a public arrest record and mug shot that will follow me the rest of my life. This violates all of my education, beliefs, and everything this country stands for.

This is the definition of tyranny, the opposite of a fair and open trial; and one of the best examples (from recent history) of cruel and unusual punishment I can think of.

I am truly offended and hurt. You had my complete trust and you blindly led me to the slaughter - taking advantage of my willingness to do the right thing and to also cooperate. I will have trust issues the rest of my life.

To put the entire situation into perspective - I was arrested for only failing to use my turn signal, once. I was forced to strip under the threat of violence and/or additional punishment and left completely naked for 24 hours in a cell covered with feces. Sewage was backing in and I was told to pee on the ground like everyone else does. 50 inmates had COVID and the sheriff was in quarantine. This was my first arrest and also my first traffic stop on the island.

I have never had any history with mental health issues and there was absolutely no way I was a threat to my own life or anyone else. The only "crisis" was the one you manufactured in your own heads (without any tangible proof or actual reasoning) to justify your abuse and assault of me.

9

Even if there was a mental health crisis, it doesn't justify human rights violations or the unsanitary conditions you held me under. It also doesn't explain the civil rights violations.

I am a citizen of the United States of America and without a trial - you took away my freedom; tortured me; and treated me worse than a terrorist who was captured trying to harm innocent people. All I did was forget my turn signal - once. Let that sink in!

This was sexual assault and at the very least - torture. You treated me far worse than animals, pets and prisoners of war.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

~~Dental~~
~~Mental Health~~

I feel violated and I am traumatized. I have visible scars from the sores I developed in the jail. You caused permanent damage that will haunt me the rest of my life. I no longer have a relationship with my father and I have lost numerous friends directly because of this situation you caused. These things cannot be fixed or repaired. I no longer feel safe in my hometown or even in my own apartment.

See Attached

V.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$10,000,000

# Injuries

Dental Vark - Thousands in repairs

Mental Health Care - Tens of thousands

PTSD

Depression

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff     _____

Printed Name of Plaintiff     Timothy James Schweitzer

### B.     For Attorneys

Date of signing: _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

                    City                    State          Zip Code

Telephone Number     _____

E-mail Address     _____

Page 6 of 6

| Print | Save As... | Add Attachment | Reset |