United States District Court
Southern District of Texas
**ENTERED**
April 15, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| TIMOTHY JAMES SCHWEITZER, | § § § | |
| Plaintiff, | § § § | |
| V. | § § | 3:22-cv-273 |
| J.W. DAGLE, *et al.*, | § § § | |
| Defendants. | § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**AMENDED MEMORANDUM AND RECOMMENDATION**

On February 16, 2023, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 23. Judge Edison filed an amended memorandum and recommendation on March 27, 2024, recommending all the defendants' motions to dismiss (Dkts. 74, 79, 80, 82) be granted (Dkt. 99).

No objections have been filed to the amended memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)    Judge Edison's amended memorandum and recommendation (Dkt. 99) is approved and adopted in its entirety as the holding of the court; and

(2)    the defendants' motions to dismiss (Dkts. 74, 79, 80, 82) are granted.

SIGNED on Galveston Island this 15th day of April, 2024.


_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2